AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

ROGER M. WILLIAMS,  )
     Plaintiff,  )
  )
v.  )
  )
  )    **JUDGMENT**
CAROLYN W. COLVIN,  )    **CASE NO. 5:12-CV-676 -D**
Acting Commissioner of Social Security,  )
     Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 25]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 21] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 22] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g). The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 15, 2013,** WITH A COPY TO:

Jonathan Winstead  (via CM/ECF electronic notification)
Michael A. Haar  (via CM/ECF electronic notification)

| | |
|---|---|
| November 15, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |